FORM B5
(10-05)

# United States Bankruptcy Court

**Southern** **District of** West Virginia

## INVOLUNTARY PETITION

**IN RE (Name of Debtor - If Individual: Last, First, Middle)**
Mountain Country Partners, LLC

**ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)**

**LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)** 20-5653726

**STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)**
9799 St. Augustine Road
Jacksonville, FL 32257

**MAILING ADDRESS OF DEBTOR (If different from street address)**

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS** | **ZIP CODE**

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**
☐ Chapter 7   ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**TYPE OF DEBTOR**
☐ Individual       ☐ Stockbroker
☐ Partnership      ☐ Railroad
☒ Corporation      ☐ Health Care Business
☐ Clearing Bank    ☐ Commodity Broker
☒ Other: Oil and Gas

**BRIEFLY DESCRIBE NATURE OF BUSINESS**

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
**(Check applicable boxes)**

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor_____

OFFICIAL FORM 5 - Page 2  
Involuntary Petition  
(10/05)

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____  
Signature of Petitioner or Representative (State title)

Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_[signed]_____    Date_____  
Signature of Attorney  
Joseph W. Caldwell, Caldwell & Riffee  
Name of Attorney Firm (If any)  
P. O. Box 4427  
Address  
Charleston, WV    25364  
Telephone No.  
304-925-2100

X_____  
Signature of Petitioner or Representative (State title)

Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____    Date_____  
Signature of Attorney

Name of Attorney Firm (If any)

Address

Telephone No.

X_____  
Signature of Petitioner or Representative (State title)

Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____    Date_____  
Signature of Attorney

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| April Baltzell, 21 Terraza del Mar, Dana Point, CA 92629 | Note Plus Interest | $100,000.00 |
| Robert O. Buck, 1663 Carruthers, Memphis, TN 38112 | Note Plus Interest | $200,000.00 |
| Kenneth Young, 43555 Green Hills Way, Fremont, CA 94539 | Note Plus Interest | $150,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $910,937.50 |

___1___ continuation sheets attached

## PETITIONING CREDITORS (Continuation Sheet)

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Name and address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard Davis<br>P. O. Box 542<br>Dunedin, FL 34697 | Note Plus Interest | $100,000.00 |
| J. J. Bradshaw<br>26893 Bouquet Lyn Road, Ste. C-248<br>Santa Clarita, CA 91350 | Note Plus Interest | $160,937.50 |
| Josette Y. Jones<br>354 Blaidell Drive<br>Claremont, CA 91711-3111 | Note Plus Interest | $100,000.00 |
| Nan Murphy<br>985 Comanche Trail<br>Anniston, AL 36206 | Note Plus Interest | $100,000.00 |

/s/ Joseph W. Caldwell      2/15/2012
Signature of Attorney       Date

Joseph W. Caldwell, Caldwell & Riffee
Name of Attorney Firm

P. O. Box 4427, Charleston, WV 25364
Address

304-925-2010
Telephone No.

/s/ Marshall C. Spradling      2/15/2012
Signature of Attorney       Date

Marshall C. Spradling, Spradling Law Office
Name of Attorney Firm

3818 MacCorkle Avenue, SE, Charleston, WV 25304
Address

304-343-2544
Telephone No.

CALDWELL & RIFFEE

By _____

_____
Marshall C. Spradling

_____
April Baltzell

CALDWELL & RIFFEE

By _____

_____
Marshall C. Spradling

_____
Robert O. Buck

CALDWELL & RIFFEE

By _____

Marshall C. Spradling

_____
Kenneth E. Young

Kenneth Ervin Young
Digitally signed by Kenneth Ervin Young
DN: cn=Kenneth Ervin Young, o, ou,
email=kennethervinyoung@gmail.com,
c=US
Date: 2012.02.09 13:43:36 -08'00'

CALDWELL & RIFFEE

By _____

_____
Marshall C. Spradling

_____
Richard Davis

CALDWELL & RIFFEE

By _____

_____
Marshall C. Spradling

_____
J. J. Bradshaw

CALDWELL & RIFFEE

By _____

_____
Marshall C. Spradling


_____
Josette Y. Jones

CALDWELL & RIFFEE

By _____

_____
Marshall C. Spradling


_____
Nan Murphy