# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425−2 | User: ljg | Date Created: 6/25/2012 |
| Case: 2:12−bk−20094 | Form ID: pdf001 | Total: 18 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | James W. Lane, Jr. | jim.lane@jimlaneattorneyatlaw.com |
| aty | Joseph W. Caldwell | joecaldwell@frontier.com |
| aty | Richard F Neely | rneely@neelycallaghan.com, |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| adb | Mountain Country Partners, LLC | 9799 St. Augustine Road | Jacksonville, FL 32257 | |
| ptcrd | April Baltzell | 21 Terraza del Mar | Dana Point, CA 92629 | |
| ptcrd | Robert O. Buck | 1663 Carruthers | Memphis, TN 38112 | |
| ptcrd | Kenneth Ervin Young | 9 Los Altos Square | Los Altos, CA 94022−1423 | |
| ptcrd | Richard Davis | 1553 Roxburg Lane | Dunedin, FL 34698 | |
| ptcrd | J. J. Bradshaw | 19425 Soledad Canyon Road, #198 | Clarita, CA 91351−2632 | |
| ptcrd | Josette Y. Jones | 354 Blaidell Drive | Claremont, CA 91711−3111 | |
| ptcrd | Nan Murphy | 985 Comanche Trail | Anniston, AL 36206 | |
| ptcrd | George Chope | 8110 Regatta Drive | Rowlett, TX 75089 | |
| ptcrd | Pamela DeHaven | 1239 S. Orange Drive | Los Angeles, CA 90019 | |
| ptcrd | Bob &Tina Piercy | 1914 Hammerlin Avenue | Winter Park, FL 32789 | |
| ptcrd | James and Chrystal Johnson | 1223 Solita Road | Pasadena, CA 91103−2453 | |
| smg | United States Attorney | Southern District WV | P.O. Box 1713 | Charleston, WV 25326−1713 |
| smg | WV Department of Tax &Revenue | Bankruptcy Unit | P.O. Box 766 | Charleston, WV 25323−0766 |

TOTAL: 14