## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON

*In re:*

### MOUNTAIN COUNTRY PARTNERS, LLC

**Case No. 2:12-bk-20094**
**(Chapter 11)**

Debtor.

## NOTICE TO ALL CREDITORS AND OTHER INTERESTED PARTIES OF POST-PETITION FINANCING OF WELL REPAIRS PURSUANT TO 11 U.S.C. § 364(c)(2), INCLUDING TRANSFER OF PROFIT INTERESTS IN ROANE COUNTY OIL AND GAS WELLS

NOTICE IS HEREBY GIVEN that Robert L. Johns, Trustee in the above-captioned case, has applied to this Court (the "Trustee's Motion") for authority to enter into post-petition financing for the costs of repairing and placing Thirty-two Roane County non-productive oil and gas wells back into production; including granting a first lien Deed of Trust on the subject wells as security for repayment of costs incurred plus 10% interest thereon pursuant to 11 U.S.C. § 364(c)(2), and the transfer to the lender of a 25% profit participation interest in the operation of those wells and in the proceeds of any ultimate sale of those non-producing wells, free and clear of liens pursuant to the provisions of 11 U.S.C. §363(f); and (b) to allow expenses pursuant to the provisions of 11 U.S.C. §506(c), pursuant to an Agreement with Mountaineer State Energy, LLC (the "Agreement").

You are further advised and notified that objections to the proposed transaction should be filed with this Court before twenty-one (21) days from the date of this Notice stating the nature of the objection with specificity and any proper objection will be set for hearing upon further notice to the interested parties. Objections shall be filed with the United States Bankruptcy Court for the Southern District of West Virginia, 300 Virginia Street, East, Room 3200, Charleston, West Virginia. If no objections to this sale are filed with the Clerk of this Court within that time, an Order will be entered by the Court allowing the proposed transaction.

The Trustee will accept upset bids for the transfer of the 25% profit participation interest in the Wells. Each bid must be accompanied by a Cash Deposit of $5,000.00, and must include the express agreement that the upset bid will provide the estate with the same services as are provided in the Agreement, which is attached to the Trustee's Motion, including the obligation to repair and place the Wells back in service, all as provided in the Trustee's Motion. If the Trustee receives any such upset bids for the Wells within twenty-one (21) days of the mailing of this Notice, the Trustee will schedule a meeting and notify all bidders of the date, time and place of the meeting, at which time the Trustee will conduct an auction, and will accept an agreement from the highest bidder, without further notice to the creditors or other interested parties.

For further information you may contact the Trustee, Robert L Johns, at 216 Brooks Street, Suite 200, Charleston, WV 25301, telephone number (304) 720-2300.

Date of Issuance: July 30, 2013

ROBERT L. JOHNS, Trustee

00265790.DOCX

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

*In re:*

**MOUNTAIN COUNTRY PARTNERS, LLC**          **Case No. 2:12-bk-20094**
                                            **(Chapter 11)**

          **Debtor.**

### TRUSTEE'S MOTION FOR POST-PETITION FINANCING OF WELL REPAIRS PURSUANT TO 11 U.S.C. §§'s 364(c)(2) and (d)(1), INCLUDING TRANSFER OF PROFIT INTERESTS IN ROANE COUNTY OIL AND GAS WELLS FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f) AND TO ALLOW 11 U.S.C. §506(c) EXPENSES

TO THE HONORABLE RONALD G. PEARSON, UNITED STATES BANKRUPTCY JUDGE:

The Trustee, Robert L. Johns ("Trustee"), by his counsel, moves the Court to enter an Order (a) authorizing the Trustee to enter into post-petition non-recourse financing pursuant to 11 U.S.C. §§'s 364(c)(2) and (d)(1) from Mountaineer State Energy, LLC ("MSE") for the costs of repairing and placing 32 Roane County non-productive oil and gas wells (the "Wells") back into production (the "Reworks"); including granting a first lien Deed of Trust on the Wells as security for repayment of costs incurred plus 10% interest thereon, and the transfer to MSE of a 25% profit participation interest in those Wells actually returned to production, free and clear of liens pursuant to the provisions of 11 U.S.C. §363(f); and (b) to allow expenses pursuant to the provisions of 11 U.S.C. §506(c).

### WELLS TO BE REPAIRED AND IN WHICH A
### 25% PROFIT INTEREST IS TO BE TRANSFERRED

The Debtor operates approximately 90 oil wells in Roane County, West Virginia, and is also the owner of the working interests in nearly 100 additional non-producing oil wells in Roane County. In order to increase revenues to the bankruptcy estate, delay potential Well

plugging liabilities and avoid Well abandonment claims, the Trustee has negotiated a Profit Participation Agreement, dated July 22, 2013 (the "Agreement") with MSE, a copy of which is attached to this Motion as Exhibit A. The Agreement provides that MSE will provide all labor and materials for the Reworks of the Wells which are specifically identified on Schedule A to the Agreement, in accordance with the terms and conditions contained in the Agreement and for the charges outlined on Exhibit B to the Agreement.

## TERMS OF FINANCING AND INTEREST TRANSFER

The terms and conditions of the financing of the Reworks and the transfer of a 25% profit interest in repaired Wells are specifically set out in the Agreement, and include the following elements: (a) MSE will provide labor and materials for the Reworks, but not to exceed $8,000.00 per Well without the Trustee's prior approval; (b) the total repair costs shall be a non-recourse loan from MSE to the bankruptcy estate (the "Loan"), bearing interest at the rate of 10% per annum, and secured by a first lien Deed of Trust on the Wells pursuant to 11 U.S.C. §§'s 364(c)(2) and (d)(1); (c) payments on the loan shall come solely from 50% of the Net Proceeds (as defined in the Agreement) from production from the Wells and the proceeds of any sale of the Wells by the Trustee, but otherwise the Loan will be without recourse to the Debtor or its assets other than pursuant to the Deed of Trust on the 32 Wells attached to the Agreement as Exhibit A; (d) as additional consideration for MSE's agreement to make the Loan and supervise the repair work, the Trustee will transfer a 25% profit interest in production from, and sale of, the Wells actually returned to production.

The transfer of the profit interest in the Wells is not a typical §363 sale, but to the extent practicable, the Trustee will follow §363 sale procedures in connection with the transfer. Therefore, the award of the contract to repair the Wells and the transfer of the 25% profit interest

in the Wells actually returned to production, will be subject to upset bids on the same terms as the Agreement. If an upset bid to provide the same Rework on terms, including financing terms, which the Trustee determines to be superior to MSE's terms, accompanied by a cash deposit of $5,000.00, is timely received by the Trustee, the Trustee shall conduct a private auction among MSE (who will then be required to match the $5,000.00 deposit) and those submitting such upset bids, and the highest and best acceptable bid will be accepted.

The profit interest transfer will be free and clear of all liens, encumbrances and interests with all valid liens, encumbrances and interests to attach to the Trustee's remaining interests in the Wells pursuant to the provisions of 11 U.S.C. §363. The Trustee believes that no liens, encumbrances or interests presently attach to the Wells other than *ad valorem* real estate taxes.

In support of this Motion, the Trustee states as follows:

1.      The estate is the rightful successor to the Debtor's interest in the Wells pursuant to the provisions of 11 U.S.C. §541.

2.      The estate does not currently have sufficient resources to do the Reworks, and, without the Reworks to be provided by MSE under the Agreement, the Wells will be of little value to the estate, and may require expenditures for plugging.

3.      The Trustee is informed and believes that the Wells were not, at the filing of this case, subject to any secured liens, other than property tax liens in favor of the Sheriff of Roane County, West Virginia, and accordingly, the Trustee moves that, except as to the *ad valorem* property tax claims of the Sheriff of Roane County, West Virginia, which shall be paid from the revenues from the Wells, should there be any valid and un-avoided liens, they shall attach to the Trustee's interest in the Wells, whose value will be enhanced by the Agreement,

subject to the first priority Deed of Trust to be granted to MSE pursuant to 11 U.S.C. §§'s 364(c)(2) and (d)(1).

    4.       The Trustee is of the opinion that the terms agreed with MSE, are in all respects fair and reasonable and that the proposed Agreement in accordance with the terms of this Motion should be approved;

    5.       The interests of the estate and the creditors of the estate are best served by repairing the Wells, which are not currently producing any revenue to the estate, for fair consideration in order to enhance the assets of the Debtor estate in a timely fashion and to insure that the creditors receive funds to which they are properly entitled;

    6.       The Trustee seeks authority to transfer a 25% profit interest in the Wells free and clear of all liens, encumbrances and interests with all valid liens, encumbrances and interests to attach to the Trustee's remaining enhanced interests in the Wells pursuant to the provisions of 11 U.S.C. §363;

    7.       The Trustee further requests the Court to allow all reasonable and necessary expenses of the Trustee pursuant to the provisions of 11 U.S.C. §506(c) as provided in the Agreement, which provides for payment of severance taxes and royalties due on production, and retention by the Trustee of Ten Dollars ($10.00) per production barrel for the operating expenses of the Wells to arrive at "Net Proceeds", with all other reasonable and necessary expenses to be paid from the Estate's share of Net Proceeds (25% until repayment in full of the Loan to MSE, and 75% thereafter);

    8.       The Trustee requests that he be authorized to execute any and all documents which he deems reasonable and necessary to consummate the Agreement.

      **WHEREFORE**, the Trustee requests that this Court enter an Order:

a)      approving the Agreement on behalf of the bankruptcy estate;

b)      granting the Trustee the authority to grant a first lien Deed of Trust on the Wells pursuant to 11 U.S.C. § 364(c)(2) as security for repayment of the cost of the Reworks incurred plus 10% interest thereon, and  transfer of a 25% profit interest in the Wells actually returned to production, which will be free and clear of all liens, encumbrances and interests with all valid liens, encumbrances and interests to attach to the Trustee's interest in the Wells pursuant to the provisions of 11 U.S.C. §363;

b)      granting the Trustee authority to act in accordance with the terms of the Agreement and to make the payments and perform the other obligations of the Trustee under the Agreement;

c)      allowing all reasonable and necessary costs and expenses to be paid from the Estate's share of Net Proceeds, pursuant to the provisions of 11 U.S.C. §506(c);

d)      granting the Trustee such other and further relief as the Court deems appropriate.

> **ROBERT L. JOHNS, TRUSTEE**
> **BY COUNSEL**

WENDEL B. TURNER [WVSB No. 3823]
ROBERT L. JOHNS [WVSB No. 5161]
**TURNER & JOHNS, PLLC**
216 Brooks Street, Suite 200
Charleston, WV  25301
(304)720-2300
(304)720-2311

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

*In re:*

**Mountain Country Partners, LLC**　　　　**Case No. 2:12-bk-20094**
　　　　　　　　　　　　　　　　　　　　　**(Chapter 11)**

　　　　**Debtor.**

### CERTIFICATE OF SERVICE

　　　I, Wendel B. Turner, do hereby certify that service of the attached *"TRUSTEE'S MOTION FOR POST-PETITION FINANCING OF WELL REPAIRS PURSUANT TO 11 U.S.C. §§'s 364(c)(2 ) and (d)(1), INCLUDING TRANSFER OF PROFIT INTERESTS IN ROANE COUNTY OIL AND GAS WELLS FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f) AND TO ALLOW 11 U.S.C. §506(c) EXPENSES"* and *proposed "ORDER GRANTING TRUSTEE'S MOTION FOR POST-PETITION FINANCING OF WELL REPAIRS PURSUANT TO 11 U.S.C. §§'s 364(c)(2) and (d)(1) , INCLUDING TRANSFER OF PROFIT INTERESTS IN ROANE COUNTY OIL AND GAS WELLS FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(f) AND TO ALLOW 11 U.S.C. §506(c) EXPENSES"* and "**NOTICE TO ALL CREDITORS AND OTHER INTERESTED PARTIES OF POST-PETITION FINANCING OF WELL REPAIRS, INCLUDING TRANSFER OF PROFIT INTERESTS IN ROANE COUNTY OIL AND GAS WELLS**" (the "NOTICE") was made by electronic filing with the Court's CM/ECF filing system this 30th day of July, 2013.

　　　　In addition, a copy of the NOTICE has been served on all parties on the attached mailing matrix by depositing a true copy thereof in the United States mail, postage prepaid.

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　**WENDEL B. TURNER**

Aaron Packard
3720 W 157 St
Overland Park, KS 66224-3885

Barbara Nelson
333 Pleasantview Dr.
Granville, OH 43023-9541

Buffalo WV Ventures, LLC
PO Box 764
Clairmont, CA 91711-0764

Abascett LP
3225 McLeod Dr, Ste #100
Las Vegas, NV 89121-2257

Barbara Zimmer
P.O. Box 441
Graton, CA 95444-0441

Camelot Investment Properties
463 Doe Run Dr
Cairo, GA 39828-1316

Alan Jackson
91 Fairlawn Dr.
Berkeley, CA 94708-2105

Bay Area Note Group, LLC
158 Hilltop Crescent
Walnut Creek, CA 94597-3452

Carl & Ruby Moore
650 Big Creek
Walton, WV 25286-9144

Alice D. Harper
4814 Fields Avenue, SW
Canton, OH 44706-3906

Beacon Dallis Enterprise LLC
20 Dallis Place
Beacon, NY 12508-2004

Cindy Young Tiger
1500 Renee Avenue
Orlando, FL 32825-5228

Alison Stanford
P.O. Box 587
Capitola, CA 95010-0587

Betty A. Newman
14430 W. Gunsight Drive
Sun City West, AZ 85375-2841

Cintas Corporation #525
PO Box 630910
Cincinnati, OH 45263-0910

Anita and Alec Rodal
5301 W 137th Place
Hawthorne, CA 90250-6425

Bob & Tina Piercy
1914 Hammerlin Avenue
Winter Park, FL 32789-6610

Connie Allman
1114 Milton Drive
Reynoldsburg, OH 43068-1353

Appalachian Power
PO Box 24415
Canton, OH 44701-4415

Bobbie Vinyard Campbell
2813 Lega Court
Beaver Creek, OH 45430-1909

Connie James
c/o John D'Agostino , CPA
2472 Chamber Rd., Ste 220
Tustin, CA 92780-6954

April Baltzell
21 Terraza Del Mar
Dana Point, CA 92629-1100

Brickstreet Insurance Company
P.O. Box 11285
Charleston, WV 25339-1285

Dallis LLC
20 Dallis Place
Beacon, NY 12508-2004

Arkla Properties, LLC
29910 Corte Castille
Temecula, CA 92591-5330

Brickstreet Mutual Insurance
400 Quarrier Street
Charleston,WV 25301-2010

David A. and Clara F. Combs
414 Clay Road
Spencer, WV 25276-6907

Bailey & Glasser, LLP
209 Capitol St
Charleston, WV 25301-2205
Attn: Christopher S. Morris

Bruce D. Koehler
3245 Gross Rd
Santa Cruz, CA 95062-2007

David A. and Susan L. Gollner
5865 E State St
Hermitage, PA 16148-9434

David Coombes
17080 Viewcrest Lane
Morgan Hill, CA 95037-4547

DS Bowers
69 Nancys Run
Spencer, WV 25276-8163

Equity Trust Custodian FBO
IRA Barbara A. Waymire
Acct #55297
225 Burns Rd
Elyria, OH 44035-1512

David L. Moore
1303 19th Street
Vienna, WV 26105-1233

Edna Nichols
2775 Harmony Road
Gandeeville, WV 25243-8403

Equity Trust FBO IRA
#71270 Joseph Goldian
P.O. Box 1529
Elyria, OH 44036-1529

David W. & Debra M. Beers
4244 Colerain Ave
Columbus, OH 43214-2810

Elizabeth Conley
358 Carolina Meadows
Chapel Hill, NC 27517-7549

Equity Trust FBO IRA
46415 Raymond Miller
872 Kala Point Drive
Port Townsend, WA 98368-2803

Day Invervivos Trust Dated
10/17/88 Roland B. Day, Trustee
3328 Union St
San Diego, CA 92103-5343

Emerald Resources, LLC
3225 McLeod Dr, Ste 100
Las Vegas, NV 89121-2257

Equity Trust FBO IRA
54301 Katherine Kennedy
PO Box 180187
Los Angeles, CA 90018-0636

Dedria Vinyard Turrill
6051 East Clinton Street
Albany, OH 45710-9266

Equity Trust Co
FBO Nan Murphy IRA 54078
PO Box 1524
Elyria, OH 44036-1524

Equity Trust FBO IRA
#69294 Ron Gelok
P.O. Box 1529
Elyria, OH 44036-1529

Department of Environmental Protection
PO Box 364
Charleston, WV 25322-0364

Equity Trust Co Custodian
FBO Raymond P Miller IRA 46415
225 Burns Rd., PO Box 1409
Elyria, OH 44036-1409

Equity Trust FBO IRA
#71632 Carol Freund
P.O. Box 1529
Elyria, OH 44036-1529

Dependable Pipe & Supply Co.
Attn: H. David Boggs
PO Box 606
Spencer, WV 25276-0606

Equity Trust Co Custodian FBO
Mark Wolf IRA 49011
225 Burns Rd
Elyria, OH 44035-1512

Equity Trust FBO IRA
48958 Randall Harness
PO Box 70
Tolar, TX 76476-0070

Diamond Resources, LLC
3205 Deerfield Ct.
Stockton, CA 95209-2110

Equity Trust Co. Custodian
FBO Janice Kathleen Packard
IRA #69166
3720 W 157 St
Overland Park, KS 66224-3885

Equity Trust IRA 55297
Barbara Waymire
225 Burns Rd
Elyria, OH 44035-1512

Dolores Fisher, MD
3185 Valencia Ave
San Bernardino, CA 92404-2466

Equity Trust Co. Custodian
FBO Janice Kathleen Packard
IRA #69121
3720 W 157 St
Overland Park, KS 66224-3885

Exterran, Inc.
PO Box 973034
Dallas, TX 75397-3034

Doris Webb
1077 Boggs Fork
Spencer, WV 25276-7711

Equity Trust Company
Carol Freund
225 Burns Rd
Elyria, OH 44035-1512

Feliciano Jr. & Rebecca Poecher
Reyes
JT Trustees Reyes Family
Trust 2004
4122 Hamilton St
San Diego, CA 92104-1719

Fereydoon Safai
12874 Viscaino Rd
Los Altos Hills, CA 94022-2522

Hararis Oil
PO Box 685
Spencer, WV 25276-0685

Jacqueline S. Walsh
121 Joyelle Cir
Daytona, FL 32124-2034

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468

Harness Management Co, LLC
Randall Harness
P.O. Box 5039
Johnson City, TN 37602-5039

Jacqueline Sue Walsh
13307 Lilac Breeze Ct.
Cypress, TX 77429-7691

First Insurance Funding Corp
450 Skokie Blvd., Ste 1000
Northbook, IL 60062-7917

Harold Cox
3312 W. 2nd Ave
Belig, WV 25015-1007

James and Crystal Johnson
1223 Solita Rd
Pasadena, CA 91103-2453

Francis Guidroz
114 Tabor Dr
Houma, LA 70360-7977

Hays & Co.
Attn: Linda Ashley
PO Box 649
Spencer, WV 25276-0649

James W. Lane Jr.
Law Offices of Jim Lane, Jr.
205 Capitol St, Ste 400
PO Box 11806
Charleston, WV 25339-1806

Francis Guidroz
114 Talbot Dr
Houma, LA 70360-7977

Helen Lukic
6412 W North Avenue
Wauwatsa, WI 53213-2015

Jan Packard
3720 W 157 St
Overland Park, KS 66224-3885

Fred and Barbara Jane Jackson
13801 Skyline Blvd
Waterford, CA 95386-9741

Impact Homebuyers, LLC
15735 Wyandotte Street,
Unit B
Van Nuys, CA 91406-3116

Jane E Heasley
3908 Westlake Dr
Morgantown, WV 26508-4470

FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

J. J. Bradshaw
19425 Soledad Canyon Road, #198
Clarita, CA 91351-2632

Janet M Starcher
210 Vallis Dr
Spencer, WV 25276-1038

George Chope
8110 Regatta Drive
Rowlett, TX 75089-2550

J.J. Bradshaw
26893 Bouguet Lyn Road, Ste C-248
Santa Cuarita, CA 91350

Janie Paulk
1137 Merryhill Ranch Rd
Senatobia, MS 38668-6414

George Chope
10611 Garland Road, Ste. 111
Dallas TX 75218-2684

J.J. Bradshaw
19425 Soledad canyon Dr #1988
Santa Clarita, CA 91351-2632

Jean P. McCall
35 Country Club Dr
Olympia Fields, IL 60461-1511

Gilmer County Sheriff
10 Howard Street
Glenville, WV 26351-1297

Jack L. Austin
611 N Yaleton St
West Covina, CA 91790-1536

Jeanne K. Nelson
2400 Columbia Dr #20
Clearwater, FL 33763-3475

Jeff and Ashley Fox
15957 Christopher Lane
Frisco, TX 75035-3626

JW Babylon Corp
2346 Club Dr
Gilroy, CA 95020-3015

Lane 0152, LLC
5809 Lakeside Dr.
Fort Worth, TX 76179-6616

Jeff Mangasarian
1268 Winwood Drive
Lake Forest, IL 60045-1161

K-1 World Wholesale Co., Inc.
PO Box 20056
San Bernardino, CA 92406-0156

Larry D. Hines
PO Box 9055
Mission Viejo, CA 92690-9055

Jeffrey L Kincaid
5726 Garnet Circle
Clarkston, MI 48348-3060

Kathleen S. Shuster
265 Playa Del Rey
San Rafael, CA 94901-4418

Laurel Land Company, LLC
225 W Laurel Ave
Foley, AL 36535-1918

JJ Bradsaw
19425 Soledad Canyon Rd-#198
Santa Clarita, CA 91351-2632

Katisha Hill
12769 Shapell Ct
Jacksonville, FL 32223-2023

Leo Bode
742 Johnson Creek Road
Walton, WV 25286-9422

JJ Bradshaw as the Bradshaw
Livingtrust
Dated June 2, 2006
26893 Bouquet Lyn Rd
Ste C-148
Santa Cuarita, CA 91350-3500

Kay Tolley
524 Beauregard Dr.
Chesapeake, VA 23322-3504

M. Lee Smith Publishers LLC
5201 Virginia Way
Brentwood, TN 37027-7540

Joanna Nichols
3999 East 40
Newburg Heights, OH 44105

Kenneth Ervin Young
9 Los Altos Square
Los Altos, CA 94022-1423

Mack L. Milner, IV
11302 Sulphur Springs Rd
Pine Bluff, AR 71603-9769

John and Sondra Gunnell
4000 W 106th St #160-248
Cannel, IN 46032-7720

Kenneth Gwynn
5335 N Kings Hwy #101
Myrtle Beach, SC 29577-2520

Maxine Carpenter
4678 Charleston Rd
Gandeeville, WV 25243-9254

Joseph Metz
35257 Faraday Court
Fremont, CA 94536-2417

Kenneth Young Schwab IRA
3136-3725
43555 Green Hills Way
Freemont, CA 94539-5916

Maysurfer LLC
5685 N Juliano Road
Las Vegas, NV 89149-3907

Josette Y. Jones
$$$ 354 Blaidell Drive
Claremont, CA 91711-3111

Kenneth Young Schwabb
43555 Green Hills Way
Freemont, CA 94539-5916

Melissa Hames
7521 Lawery Rd
Forth Worth, TX 76120

Judith A Miller
527 Church St
Spencer, WV 25276-1819

Kent & Teri Hall
6010 Charleston Road
Walton, WV 25286-8822

Michael J. and Janet M. Walsh
2801 S. Ridgewood Ave. #1010
S. Daytona, FL 32119-3504

Michael S. and Cynthia K. Stromsoe
1005 Las Nueves
Fallbrook, CA 92028-3532

Norma Richards
1322 W Mulberry St
Lancaster, OH 43130-3562

R. Squared Enterprises, LLC
6401 Hunters Green Court
Indianapolis, IN 46278-2824

Michelle L Thimesch
158 Hilltop Crescent
Walnut Creek, CA 94597-3452

One L Investmens LLC
Pension Trust
2180 Fenton Parkway #116
San Diego, CA 92108-6719

R.S. Family Limited partnership
4601 W Touhy #501
Linchwood, IL 60712-1602

Michelle Pribyl
6505 Tottenham Rd
Madison, WI 53711-4013

Pamela DeHaven
9201 S. Vermont Avenue
Los Angeles, CA 90044-3321

Randall C. Harness
PO Box 5039
Johnson City, TN 37602-5039

Morgan Adler
Attn: Donna Morgan
100 Congress-Suite 2200
Austin, TX 78701-2747

Pamela DeHaven
1239 S. Orange Drive
Los Angeles, CA 90019-1545

Randy L. Fields
709 Cicerone Road
Gandeeville, WV 25243-8659

Mountain Country Partners, LLC
9799 St. Augustine Road
Jacksonville, FL 32257-8974

Patricia Ray
1 Fire Thorne Lane
Savannah, GA 31411-1547

Raymond P. Miller
20505 Marine Drive #24
Stanwood, WA 98292-7852

Mountaineer Mini Trucks
6 G Rd
Reedsville, WV 26547-7070

Peter and Colleen James
8912 E Pinnacle Peak Rd #414
Scottsdale, AZ 85255-3659

Rebecca Fisher, Executrix for Estate of Dolo
6506 Laurelwood Drive
Austin, TX 78731-1739

Nader Bazzi
47118 N Pointe Dr
Canton, MI 48187-1443

Peter Horbulewicz
PO Box 605
Snellville, GA 30078-0605

Richard & Barbara Zimmer
PO Box 441
Granton, CA 95444-0441

Nan Murphy
985 Comanche Trail
Anniston, AL 36206-1091

Peter James
8912 E. Pinnacle Peak Rd
Ste 414
Scottsdale, AZ 85255-3659

Richard and Barbara Zimmer
1675 Timber Hill Rd
Santa Rosa, CA 95401-3761

Neil & Lorraine Price
982 Price Ridge
Gandeeville, WV 25243-8436

Pilot Family Revocable Trust
1267 Second Street
Sarasota, FL 34236-5506

Richard Davis
PO Box 542
Dunedin, FL 34697-0542

Nordic Funding Group, LLC
PO Box 5545
Breckenridge, CO 80424-5545

R&R Well Service LLC
4026 Clay Road
Spencer, WV 25276-6955

Richard Zimmer
P.O. Box 441
Graton, CA 95444-0441

Ritchie County Sheriffs Office
115 E. Main Street
Room 204
Harrisville, WV 26362-1271

Ronald F. Legrand
9799 Old St. Augustine Road
Jacksonville, FL 32257-8974

Sheriff of Roane County
200 Main Street
Spencer, WV 25276-1411

RK-PC-JM Partners, LLC
2506 Teresina Dr
Hacienda Heights, CA 91745-4701

Ronald H. Ritz
344770 Orchid Parkway
Ridgemanor, FL 33523

Sheriff Tom McComas
Cabell County Courthouse
PO Box 2114
Huntington, WV 25721-2114

Robert 0. Buck III
1663 Caruthers Place
Memphis, TN 38112-5207

Ronald Stegman
PO Box 365
Avery, CA 95224-0365

Sonnet Systems Corporation
8912 E Pinnacle Peak Rd
#414
Scottsdale, AZ 85255-3659

Robert A Young
1114 Hilton Drive
Reynoldsburg, OH 43068-1335

Ryan Cunningham
3230 Pennsylvania Ave.
Charleston, WV 25302-4537

Star Weld
PO Box 746
124 Vandale Avenue
Spencer, WV 25276-1321

Robert Knowles
9953 Los Ronchitos Rd.
Santee, CA 92071-1963

Ryan Cunningham
1212 Staunton Rd
Charleston, WV 25314-1414

Steptoe & Johnson PLLC
400 White Oaks Blvd
Bridgeport, WV 26330-4500

Robert Knowles
869 Phillips St.
Vista, CA 92083-7108

Ryan Johnson
6401 Hunters Green Ct
Indianapolis, IN 46278-2824

Steptoe & Johnson, PLLC
c/o Arthur M. Standish
PO BOX 1588
Charleston, WV 25326-1588

Robert O. Buck
1663 Carruthers
Memphis, TN 38112-5207

SAT Development LLC
PO Box 25207
Miami, FL 33102-5207

Sterling Trust Company,
Custodian FBO Acct#139479
PO Box 2526
Waco, TX 76702-2526

Robert P. Buck
1663 Carruthers
Memphis, TN 38112-5207

Sharon I. and John C. Lott
4718 Wingrove Blvd
Orlando, FL 32819-3344

Steve Rhodes
4726 Bermuda Way
Myrtle Beach, SC 29577-5429

Roland B Day
3328 Union St.
San Diego, CA 92103-5343

Sheila Schoonover
129 Ben's Branch
Alum Creek, WV 25003

Success Story Publishing
Company LLC
2710 Laning Road
San Diego, CA 92106-6430

Ronald A. Stegman
PO Box 365
Avery, CA 95224-0365

Sheriff of Logan County
Logan County Courthouse
Room 208
Logan, WV 25601

Susan Briedenbach
P.O. Box 11573
Reno, NV 89510-1573

Susan Rainess
961 Hwy 36
Atlantic Highland, NJ 07716-2050

WV State Tax Department
PO Box 1667
Charleston, WV 25326-1667

Terris S. and Fred L. Kivelowitz
115 Louden Loop Mt
Simai, NY 11766-3411

WV Tax Department
Internal Auditing Division
PO Box 2745
Charleston, WV 25330-2745

Travis Tollestrup
7825 Highland Village Pl., Ste 506
San Diego, CA 92129-5182

Travis Tollestrup
10531 4S Commons Dr., Ste. 616
San Diego, CA 92127-3517

Waste Management
PO Box 13648
Philadelphia, PA 19101-3648

Wayne County Sheriff
PO Box 218
Wayne, WV 25570-0218

Wealth Investment Group, S.A.
11024 Balboa Blvd #755
Granada Hills, CA 91344-5007

West Virginia State Department
of Tax and Revenue
P. O. Box 766
Charleston, WV 25323-0766

William Squire Young
4577 Goodman Street
Grove City, OH 43123-3677

Woodrow Taylor
515 Market Street
Spencer, WV 25276-1815