UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

*In re:*

MOUNTAIN COUNTRY PARTNERS, LLC                    Case No. 2:12-bk-20094
                                                  (Chapter 11)

        Debtor.

NOTICE TO ALL CREDITORS AND OTHER INTERESTED PARTIES OF TRUSTEE'S SALE
OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTOR
BY PRIVATE SALE, AND NOTICE OF HEARING

        NOTICE IS HEREBY GIVEN that Robert L. Johns, Trustee in the above-captioned case, has applied to this Court (the "Trustee's Motion") for authority to sell substantially all of the assets of this bankruptcy estate consisting of oil and gas leases to approximately 12,750 acres in Roane County, West Virginia, together with interests in approximately 395 oil and gas wells in Roane and Gilmer Counties, West Virginia;  all rights and agreements relating to those oil and gas leases and wells; all personal property and equipment, including well equipment, tools, trucks and other motorized vehicles used in operation of those oil and gas leases and wells;  and all other real and tangible property of the Debtor, but not including cash or cash equivalents, causes of action, and accounts receivable, all as more fully described in Exhibit A to the Trustee's Motion (the MCP Assets"), on an "As Is, Where Is" basis, free and clear of all liens and encumbrances, with all liens and encumbrances, to attach to the proceeds of sale.

        The Trustee has also requested authority to make distributions from the sale proceeds and to pay expenses of the sale, including, but not limited to: (i) any transfer taxes and ad valorem real estate taxes; and (ii) Trustee shall retain any remaining funds, including statutory Trustee fees and Trustee's attorney fees, until further order of this Court.

        You are further advised and notified that objections to the proposed sale should be filed with this Court before <u>twenty-one (21)</u> days from the date of this Notice stating the nature of the objection with specificity and any proper objection will be heard at a **hearing set at 2:30 p.m, April 15, 2015** ("Sale Hearing"), at the Federal Bankruptcy Courtroom at 300 Virginia Street, East, Charleston, West Virginia. Objections shall be filed with the United States Bankruptcy Court for the Southern District of West Virginia, 300 Virginia Street, East, Room 3200, Charleston, West Virginia, 25301.  If no objections to this sale are filed with the Clerk of this Court within that time, an Order may be entered by the Court allowing the proposed sale.

        The Trustee will accept upset bids for the MCP Assets, in an amount of at least $2,100,000.00. Each bid must be accompanied by a Cash Deposit of $100,000.00, and must include the express agreement that the upset bid is (i) on the same terms as those offered by the Purchaser in the Purchase Agreement attached to the Trustee's Motion.  If the Trustee receives any such **upset bids for the MCP Assets by 5:00 p.m. on April 13, 2015**, the Trustee will schedule a meeting prior to the Sale Hearing and will notify all bidders of the date, time and place of the meeting, at which time the Trustee will conduct an auction, determine the highest bidder and propose to sell the MCP assets to the highest bidder at the Sale Hearing, without further notice to the creditors or other interested parties.

        For further information you may contact the Trustee, Robert L Johns, at 216 Brooks Street, Suite 200, Charleston, WV 25301, telephone number (304) 720-2300.

_____                    Date of Issuance: March 19, 2015
ROBERT L. JOHNS, Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

*In re:*

MOUNTAIN COUNTRY PARTNERS, LLC        Case No. 2:12-bk-20094
       (Chapter 11)

     **Debtor.**

**TRUSTEE'S MOTION TO SELL SUBSTANTIALLY ALL OF THE ASSETS OF
THE DEBTOR FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES
PURSUANT TO 11 U.S.C. §363(b) and (f) AND TO ALLOW 11 U.S.C. §506(c)
EXPENSES**

TO THE HONORABLE RONALD G. PEARSON, UNITED STATES BANKRUPTCY
JUDGE:

The Trustee, Robert L. Johns ("Trustee" or "Seller"), by his counsel, moves

the Court to enter an Order allowing the Trustee: (a) to sell substantially all of the assets

of the above captioned estate free and clear of liens pursuant to the provisions of 11

U.S.C. §363(f); and, (b) to allow expenses of the sale pursuant to the provisions of 11

U.S.C. §506(c).

PROPERTY TO BE SOLD

The property to be sold is titled in the name of Mountain Country Partners,

LLC (the "Debtor"), and consists of the following:

1.      All of the Seller's interests in oil and gas, oil and gas leases,

wells, rights, properties and rights to production which are located in Roane and Gilmer

Counties, West Virginia, as more fully described on Exhibit A hereto.

2.     All right, title and interest of Seller in, to or under or by virtue of all presently existing and valid oil and gas sales, purchase, exchange and processing contracts, casinghead gas contracts, operating agreements, joint venture agreements, tax partnerships and other contracts, agreements and instruments (including without limitation, future interests, reversionary rights and deferred interests) which relate to any of the Oil and Gas Interests, but only insofar as such contracts, agreements and instruments relate to the Oil and Gas Interests.

3.     All right, title and interest of Seller in all personal property, improvements, lease and well equipment, easements, permits, licenses, servitudes and rights of way (including, but not by way of limitation, any wells, tanks, boilers, buildings, fixtures, machinery, injection facilities, saltwater disposal facilities, compression facilities and other equipment, gathering system, power lines, telephone and telegraph lines, roads and other appurtenances and easements) now being used in connection with the exploration, development, operation or maintenance of the Oil and Gas Interests, or any unit or units in which part or parts of the Oil and Gas Interests may be included, or being used in connection with the production, treating, storing, transportation or marketing of oil, gas and other minerals produced from or allocated to Oil and Gas Interests or such unit or units.

4.     Without limitation of the foregoing, all of Seller's right, title, interest and estate of every nature and description in and to the Oil and Gas Interests or included in any unit, including any of Seller's interest in any such lease or property described, even though Seller's interests therein be incorrectly described therein,

2

together with the originals, if available, or copies of all leasehold title documents in the possession of Seller.

5.     All items of well equipment, tools, trucks and all-terrain vehicles owned by Seller and used or useful in the operation of the Oil and Gas Interests.

6.     All real and tangible personal property of Debtor, wherever located, other than the assets described in paragraphs 1 to 5 above, but not including cash or cash equivalents, causes of action, and accounts receivable, and including, without warranty, all of Debtor's right title and interest, if any, in and to the parcels of real estate described on Exhibit B to Exhibit A hereto.

All of the above assets are hereinafter referred to as the "MCP Assets."

## TERMINATION OF PREVIOUS PURCHASE AGREEMENT

A previous purchase agreement between the Trustee and BTB Energy, LLC dated May 30, 2014, and amended by First Amendment of Purchase Agreement, dated September 12, 2014 (together referred to as the "BTB Agreement"), which was approved by Order of this Court [Docket # 222], has now terminated in accordance with its terms.

## TERMS OF SALE

The Trustee and Standard Oil Company, Inc., a West Virginia corporation, ("Purchaser') entered into an Assumption Agreement, dated March 10, 2015 (the "Purchase Agreement"), pursuant to which the Purchaser agreed to purchase the MCP Assets on all of the terms and conditions of the BTB Agreement, except for the changes

3

expressly set out in the Purchase Agreement. [Copy attached as Exhibit A]. The Purchaser has deposited with the Trustee $100,000.00 as a deposit (the "Deposit") and the balance of the $2,000,000 purchase price will be paid at Closing, which must occur within 60 days after Court approval of the Sale. The only contingency to closing of the Sale is entry of this Court's Order approving the Sale. Should the Sale not be approved by this Court, the Deposit will be returned to the Purchaser.

The sale of the MCP Assets, is however subject to upset bids on the same terms as the Purchase Agreement, and if an upset bid for the MCP Assets in the amount of at least $2,100,000.00, accompanied by a cash deposit of $100,000.00, is timely received by the Trustee, the Trustee shall conduct a private auction in consultation with counsel for the Unsecured Creditors Committee among Purchaser and those submitting such upset bids, and the highest bid will be accepted.

The sale will be free and clear of all liens, encumbrances and interests with all valid liens, encumbrances and interests to attach to the proceeds of the sale pursuant to the provisions of 11 U.S.C. §363.

The Trustee further seeks authority to pay property taxes and certain expenses of the sale and to hold on deposit the balance of the proceeds of the sale pending further orders of the Court authorizing payment of reasonable and necessary expenses allowable under the provisions of 11 U.S.C. §506(c), and distribution to creditors in order of their priority.

In support of this Motion, the Trustee states as follows:

1.      The estate is the rightful successor to the Debtor's interest in the MCP Assets pursuant to the provisions of 11 U.S.C. §541.

2.      The Trustee is informed and believes that the MCP Assets were not, at the filing of this case, subject to any secured liens, other than real property tax liens in favor of the Sheriffs of the Counties in which MCP Assets are located, and accordingly, the Trustee moves that, except as to the *ad valorem* real property tax claims of such Sheriffs, which shall be paid from the sale proceeds, should there be any valid and unavoided liens, they shall attach to the proceeds of this sale.

3.      The Trustee proposes that after allowance for the expenses of sale and other expenses under the provisions of 11 U.S.C. §506(c), the proceeds of sale should be disbursed as follows:

first, to pay any transfer taxes;

second, to pay, any *ad valorem* taxes constituting a lien on the MCP Assets;

third, the Trustee shall hold, until further order of this Court, an amount equal to his statutory trustee fees and expenses including, but not limited to, Trustee's attorneys' fees, pursuant to 11 U.S.C §326; and,

fourth, the trustee shall hold the remaining sale proceeds and shall propose for Court approval distribution of any balance of the proceeds to creditors of the estate in their order of priority.

4.    The Trustee is of the opinion that the offer received from the Purchaser, is in all respects fair and reasonable and that the proposed sale in accordance with the terms of this Motion should be accepted;

5.    The transfer of the MCP Assets to Purchaser represents an arms' length transaction and has been negotiated in good faith between the parties. The Trustee moves for the entry of an order approving the Purchase Agreement and finding that Purchaser, as transferee of the MCP Assets, is a good faith purchaser within the meaning of 11 U.S.C. § 363(m) and, as such, is entitled to the full protections of 11 U.S.C. § 363(m). The Trustee has proceeded in good faith in all respects in connection with this proceeding in that:

a.    Purchaser recognized that that Trustee was free to deal with any other party interested in acquiring the MCP Assets;

b.    All payments to be made by Purchaser in connection with the transaction have been disclosed; and

c.    Purchaser has not violated 11 U.S.C. § 363(n) by any action or inaction.

6.    The Trustee moves for the entry of an order that, in the absence of a stay of the Court's Order approving the sale, if Purchaser elects to close under the Purchase Agreement at any time after entry of the Sale Order, then, with respect to the Purchase Agreement, Purchaser will be entitled to the protections of § 363(m) if the Sale Order or an authorization contained therein is reversed or modified on appeal.

7.    The interests of the estate and the creditors of the estate are best served by selling the MCP Assets for fair consideration in order to liquidate the MCP Assets of the Debtor estate in a timely fashion and to insure that the creditors receive funds to which they are properly entitled;

8.    The Trustee seeks authority to sell the MCP Assets free and clear of all liens, encumbrances and interests with all valid liens, encumbrances and interests to attach to the proceeds of sale pursuant to the provisions of 11 U.S.C. §363;

9.    The Trustee further requests the Court to allow all reasonable and necessary expenses of the Trustee pursuant to the provisions of 11 U.S.C. §506(c) and that the expenses of the Trustee be held on deposit as of the closing by the Trustee, prior to the disbursement to creditors of the remaining proceeds of the sale of the MCP Assets. At this time, the Trustee's statutory commission and attorneys' fees, are the only anticipated amounts for which such deposit will have to be made;

10.    The Trustee requests that he be authorized to execute any and all documents which he deems reasonable and necessary to consummate the sale of the MCP Assets.

**WHEREFORE**, the Trustee requests that this Court enter an Order:

a)    approving the Purchase Agreement on behalf of the Debtor's bankruptcy estate and authorizing the Trustee to act in accordance with the terms of the Purchase Agreement and to perform the obligations of the Trustee under the Purchase Agreement;

b)      granting the Trustee the authority to sell the MCP Assets for a purchase price of $2,000,000.00, free and clear of all liens, encumbrances and interests with all valid liens, encumbrances and interests to attach to the proceeds of the sale pursuant to the provisions of 11 U.S.C. §363;

c)      authorizing the Trustee to pay any transfer taxes;

d)      authorizing the Trustee to pay all real property taxes due and owing;

e)      allowing all reasonable and necessary costs and expenses, including, but not limited to, the Trustee's commission and Trustee's attorneys' fees, to be first deducted and deposited, pursuant to the provisions of 11 U.S.C. §506(c);

f)      authorizing the Trustee to hold, until further Order of this Court, the remaining funds and to propose a distribution to creditors of the estate for approval by this Court; and

g)      granting the Trustee such other and further relief as the Court deems appropriate.

ROBERT L. JOHNS, TRUSTEE
BY COUNSEL

WENDEL B. TURNER [WVSB No. 3823]
ROBERT L. JOHNS [WVSB No. 5161]
**TURNER & JOHNS, PLLC**
216 Brooks Street, Suite 200
Charleston, WV 25301
(304)720-2300
(304)720-2311

8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

*In re:*

Mountain Country Partners, LLC                    Case No. 2:12-bk-20094
                                                  (Chapter 11)

        Debtor.

## CERTIFICATE OF SERVICE

I, Wendel B. Turner, do hereby certify that service of the attached **"TRUSTEE'S MOTION TO SELL SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTOR FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(b) and (f) AND TO ALLOW 11 U.S.C. §506(c) EXPENSES"** and *proposed "ORDER GRANTING TRUSTEE'S MOTION TO SELL AND AUTHORIZING THE TRUSTEE TO SELL SUBSTANTIALLY ALL OF THE ASSETS OFTHE ESTATE BY PRIVATE SALE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(b) and (f) AND TO ALLOW 11 U.S.C. §506(c) EXPENSES"* and **"NOTICE TO ALL CREDITORS AND OTHER INTERESTED PARTIES OF TRUSTEE'S SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTOR BY PRIVATE SALE, AND NOTICE OF HEARING"** (the "NOTICE") was made by electronic filing with the Court's ECF filing system this 19th day of March, 2015, and by regular U. S. Mail postage prepaid to:

Standard Oil Company, Inc.
P.O. Box 630
New Haven, WV 25265.

        In addition, a copy of the NOTICE has been served on all parties on the attached mailing matrix by depositing a true copy thereof in the United States mail, postage prepaid.

_____
WENDEL B. TURNER

Aaron Packard
3720 W 157 St
Overland Park, KS 66224-3885

Barbara Nelson
333 Pleasantview Dr.
Granville, OH 43023-9541

BTB ENERGY, LLC
1619 Executive Ave
Myrtle Beach, SC  29577


Abascett LP
3225 McLeod Dr, Ste #100
Las Vegas, NV 89121-2257

Barbara Zimmer
P.O. Box 441
Graton, CA 95444-0441

Buffalo WV Ventures, LLC
PO Box 764
Clairmont, CA 91711-0764


Alan Jackson
91 Fairlawn Dr.
Berkeley, CA 94708-2105

Bay Area Note Group, LLC
158 Hilltop Crescent
Walnut Creek, CA 94597-3452

Camelot Investment Properties
463 Doe Run Dr
Cairo, GA 39828-1316


Alice D. Harper
4814 Fields Avenue, SW
Canton, OH 44706-3906

Beacon Dallis Enterprise LLC
20 Dallis Place
Beacon, NY 12508-2004

Carl & Ruby Moore
650 Big Creek
Walton, WV 25286-9144


Alison Stanford
P.O. Box 587
Capitola, CA 95010-0587

Betty A. Newman
14430 W. Gunsight Drive
Sun City West, AZ 85375-2841

Cindy Young Tiger
1500 Renee Avenue
Orlando, FL 32825-5228


Anita and Alec Rodal
P O Box 81
Manhattan Beach CA   90267-0081

Bob & Tina Piercy
1914 Hammerlin Avenue
Winter Park, FL 32789-6610

Cintas Corporation #525
PO Box 630910
Cincinnati, OH 45263-0910


Appalachian Power
PO Box 24415
Canton, OH 44701-4415

Bobbie Vinyard Campbell
2813 Lega Court
Beaver Creek, OH 45430-1909

Connie Allman
1114 Milton Drive
Reynoldsburg, OH 43068-1335


April Baltzell
21 Terraza Del Mar
Dana Point, CA 92629-1100

Brickstreet Insurance Company
P.O. Box 11285
Charleston, WV 25339-1285

Connie James
c/o Philip Young, CPA
2472 Chamber Rd., Ste 220
Tustin, CA 92780-6954


Arkla Properties, LLC
29910 Corte Castille
Temecula, CA 92591-5330

Brickstreet Mutual Insurance
400 Quarrier Street
Charleston, WV 25301-2010

Dallis LLC
20 Dallis Place
Beacon, NY 12508-2004


Bailey & Glasser, LLP
209 Capitol St
Charleston, WV 25301-2205
Attn: Christopher S. Morris

Bruce D. Koehler
3245 Gross Rd
Santa Cruz, CA 95062-2007

David A. and Clara F. Combs
414 Clay Road
Spencer, WV 25276-6907

David A. and Susan L. Gollner
5865 E State St
Hermitage, PA 16148-9434

David Coombes
17080 Viewcrest Lane
Morgan Hill, CA 95037-4547

David L. Moore
1303 19th Street
Vienna, WV 26105-1233

David W. & Debra M. Beers
4244 Colerain Ave
Columbus, OH 43214-2810

Day Invervivos Trust Dated
10/17/88 Roland B. Day, Trustee
3328 Union St
San Diego, CA 92103-5343

Dedria Vinyard Turrill
6051 East Clinton Street
Albany, OH 45710-9266

Department of Environmental Protection
PO Box 364
Charleston, WV 25322-0364

Dependable Pipe & Supply Co.
Attn: H. David Boggs
PO Box 606
Spencer, WV 25276-0606

Diamond Resources, LLC
3205 Deerfield Ct.
Stockton, CA 95209-2110

Doris Webb
1077 Boggs Fork
Spencer, WV 25276-7711

DS Bowers
69 Nancys Run
Spencer, WV 25276-8163

Edna Nichols
2775 Harmony Road
Gandeeville, WV 25243-8403

Elizabeth Conley
358 Carolina Meadows
Chapel Hill, NC 27517-7549

Emerald Resources, LLC
3225 McLeod Dr, Ste 100
Las Vegas, NV 89121-2257

Equity Trust Co
FBO Nan Murphy IRA 54078
PO Box 1524
Elyria, OH 44036-1524

Equity Trust Co Custodian
FBO Raymond P Miller IRA 46415
225 Burns Rd., PO Box 1409
Elyria, OH 44036-1409

Equity Trust Co Custodian FBO
Mark Wolf IRA 49011
225 Burns Rd
Elyria, OH 44035-1512

Equity Trust Co. Custodian
FBO Janice Kathleen Packard
IRA #69166
3720 W 157 St
Overland Park, KS 66224-3885

Equity Trust Co. Custodian
FBO Janice Kathleen Packard
IRA #69121
3720 W 157 St
Overland Park, KS 66224-3885

Equity Trust Company
IRA #71632 Carol Freund
P O BOX 1529
Elyria, OH 44035-1512

Equity Trust Custodian FBO
IRA Barbara A. Waymire
Acct #55297
225 Burns Rd
Elyria, OH 44035-1512

Equity Trust FBO IRA
#71270 Joseph Goldian
P.O. Box 1529
Elyria, OH 44036-1529

Equity Trust FBO IRA
46415 Raymond Miller
872 Kala Point Drive
Port Townsend, WA 98368-2803

Equity Trust FBO IRA
54301 Katherine Kennedy
PO Box 180187
Los Angeles, CA 90018-0636

Equity Trust FBO IRA
#69294 Ron Gelok
P.O. Box 1529
Elyria, OH 44036-1529

Equity Trust FBO IRA
#71632 Carol Freund
P.O. Box 1529
Elyria, OH 44036-1529

Equity Trust FBO IRA
48958 Randall Harness
PO Box 70
Tolar, TX 76476-0070

Equity Trust IRA 55297
Barbara Waymire
225 Burns Rd
Elyria, OH 44035-1512

Estate of Dolores Fisher, MD
3185 Valencia Ave
San Bernardino, CA 92404-2466

Exterran, Inc.
PO Box 973034
Dallas, TX 75397-3034

Feliciano Jr. & Rebecca Poecher
Reyes
JT Trustees Reyes Family
Trust 2004
4122 Hamilton St
San Diego, CA 92104-1719

Gilmer County Sheriff
10 Howard Street
Glenville, WV 26351-1297

Jack L. Austin
611 N Yaleton St
West Covina, CA 91790-1536

Fereydoon Safai
12874 Viscaino Rd
Los Altos Hills, CA 94022-2522

Hararis Oil
PO Box 685
Spencer, WV 25276-0685

Jacqueline S. Walsh
121 Joyelle Cir
Daytona, FL 32124-2034

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468

Harness Management Co, LLC
Randall Harness
3000 South Hulen St.
Ft. Worth TX   76019

Jacqueline Sue Walsh
13307 Lilac Breeze Ct.
Cypress, TX 77429-7691

First Insurance Funding Corp
450 Skokie Blvd., Ste 1000
Northbook, IL 60062-7917

Harold Cox
3312 W. 2nd Ave
Belig, WV 25015-1007

James and Crystal Johnson
1223 Solita Rd
Pasadena, CA 91103-2453

Francis Guidroz
114 Tabor Dr
Houma, LA 70360-7977

Hays & Co.
Attn: Linda Ashley
PO Box 649
Spencer, WV 25276-0649

James W. Lane Jr.
Law Offices of Jim Lane, Jr.
205 Capitol St, Ste 400
PO Box 11806
Charleston, WV 25339-1806

Francis Guidroz
114 Talbot Dr
Houma, LA 70360-7977

Helen Lukic
6412 W North Avenue
Wauwatsa, WI 53213-2015

Jan Packard
3720 W 157 St
Overland Park, KS 66224-3885

Fred and Barbara Jane Jackson
13801 Skyline Blvd
Waterford, CA 95386-9741

Impact Homebuyers, LLC
15735 Wyandotte Street,
Unit B
Van Nuys, CA 91406-3116

Jane E Heasley
3908 Westlake Dr
Morgantown, WV 26508-4470

FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

J. J. Bradshaw
19425 Soledad Canyon Road, #198
Clarita, CA 91351-2632

Janet M Starcher
210 Vallis Dr
Spencer, WV 25276-1038

George Chope
8110 Regatta Drive
Rowlett, TX 75089-2550

J.J. Bradshaw
26893 Bouguet Lyn Road, Ste C-248
Santa Cuarita, CA 91350

Janie Paulk
1137 Merryhill Ranch Rd
Senatobia, MS 38668-6414

George Chope
10611 Garland Road, Ste. 111
Dallas TX 75218-2684

J.J. Bradshaw
19425 Soledad canyon Dr #1988
Santa Clarita, CA 91351-2632

Jean P. McCall
35 Country Club Dr
Olympia Fields, IL 60461-1511

Jeanne K. Nelson
2400 Columbia Dr #20
Clearwater, FL 33763-3475

Judith A Miller
527 Church St
Spencer, WV 25276-1819

Kent & Teri Hall
6010 Charleston Road
Walton, WV 25286-8822

Jeff and Ashley Fox
15957 Christopher Lane
Frisco, TX 75035-3626

JW Babylon Corp
2346 Club Dr
Gilroy, CA 95020-3015

Lane 0152, LLC
5809 Lakeside Dr.
Fort Worth, TX 76179-6616

Jeff Mangasarian
1268 Winwood Drive
Lake Forest, IL 60045-1161

K-1 World Wholesale Co., Inc.
PO Box 20056
San Bernardino, CA 92406-0156

Larry D. Hines
PO Box 9055
Mission Viejo, CA 92690-9055

Jeffrey L Kincaid
5726 Garnet Circle
Clarkston, MI 48348-3060

Kathleen S. Shuster
265 Playa Del Rey
San Rafael, CA 94901-4418

Laurel Land Company, LLC
225 W Laurel Ave
Foley, AL 36535-1918

JJ Bradsaw
19425 Soledad Canyon Rd-#198
Santa Clarita, CA 91351-2632

Katisha Hill
12769 Shapell Ct
Jacksonville, FL 32223-2023

Leo Bode
742 Johnson Creek Road
Walton, WV 25286-9422

JJ Bradshaw as the Bradshaw
Livingtrust
Dated June 2, 2006
26893 Bouquet Lyn Rd
Ste C-148
Santa Cuarita, CA 91350-3500

Kay Tolley
524 Beauregard Dr.
Chesapeake, VA 23322-3504

M. Lee Smith Publishers LLC
5201 Virginia Way
Brentwood, TN 37027-7540

Joanna Nichols
3999 East 40
Newburg Heights, OH 44105

Kenneth Ervin Young
9 Los Altos Square
Los Altos, CA 94022-1423

Mack L. Milner, IV
11302 Sulphur Springs Rd
Pine Bluff, AR 71603-9769

John and Sondra Gunnell
4000 W 106th St #160-248
Cannel, IN 46032-7720

Kenneth Gwynn
5335 N Kings Hwy #101
Myrtle Beach, SC 29577-2520

Maxine Carpenter
4678 Charleston Rd
Gandeeville, WV 25243-9254

Joseph Metz
35257 Faraday Court
Fremont, CA 94536-2417

Kenneth Young Schwab IRA
3136-3725
43555 Green Hills Way
Freemont, CA 94539-5916

Maysurfer LLC
5685 N Juliano Road
Las Vegas, NV 89149-3907

Josette Y. Jones
$$$ 354 Blaidell Drive
Claremont, CA 91711-3111

Kenneth Young Schwabb
43555 Green Hills Way
Freemont, CA 94539-5916

Melissa Hames
7521 Lawery Rd
Forth Worth, TX 76120

Michael J. and Janet M. Walsh
2801 S. Ridgewood Ave. #1010
S. Daytona, FL 32119-3504

Nordic Funding Group, LLC
PO Box 5545
Breckenridge, CO 80424-5545

R&R Well Service LLC
4026 Clay Road
Spencer, WV 25276-6955

Michael S. and Cynthia K. Stromsoe
1005 Las Nueves
Fallbrook, CA 92028-3532

Norma Richards
1322 W Mulberry St
Lancaster, OH 43130-3562

R. Squared Enterprises, LLC
6401 Hunters Green Court
Indianapolis, IN 46278-2824

Michelle L Thimesch
158 Hilltop Crescent
Walnut Creek, CA 94597-3452

One L Investments LLC
Pension Trust
7629 Hazard Center Drive
San Diego, CA 92108

R.S. Family Limited Partnership
c/o Price
1037 N. Ogden Drive, #8
West Hollywood, CA  90046

Michelle Pribyl
6505 Tottenham Rd
Madison, WI 53711-4013

Pamela DeHaven
9201 S. Vermont Avenue
Los Angeles, CA 90044-3321

Randall C. Harness
3000 South Hulen St.
Ft. Worth TX  46019

Morgan Adler
Attn: Donna Morgan
100 Congress-Suite 2200
Austin, TX 78701-2747

Pamela DeHaven
1239 S. Orange Drive
Los Angeles, CA 90019-1545

Randy L. Fields
709 Cicerone Road
Gandeeville, WV 25243-8659

Mountain Country Partners, LLC
9799 St. Augustine Road
Jacksonville, FL 32257-8974

Patricia Ray
1 Fire Thorne Lane
Savannah, GA 31411-1547

Raymond P. Miller
20505 Marine Drive #24
Stanwood, WA 98292-7852

Mountaineer Mini Trucks
6 G Rd
Reedsville, WV 26547-7070

Peter and Colleen James
8912 E Pinnacle Peak Rd #414
Scottsdale, AZ 85255-3659

Rebecca Fisher, Executrix for Estate of Dolo
6506 Laurelwood Drive
Austin, TX 78731-1739

Nader Bazzi
47118 N Pointe Dr
Canton, MI 48187-1443

Peter Horbulewicz
PO Box 605
Snellville, GA 30078-0605

Richard & Barbara Zimmer
PO Box 441
Granton, CA 95444-0441

Nan Murphy
985 Comanche Trail
Anniston, AL 36206-1091

Peter James
8912 E. Pinnacle Peak Rd
Ste 414
Scottsdale, AZ 85255-3659

Richard and Barbara Zimmer
1675 Timber Hill Rd
Santa Rosa, CA 95401-3761

Neil & Lorraine Price
982 Price Ridge
Gandeeville, WV 25243-8436

Pilot Family Revocable Trust
1267 Second Street
Sarasota, FL 34236-5506

Richard Davis
PO Box 542
Dunedin, FL 34697-0542

Richard Zimmer
P.O. Box 441
Graton, CA 95444-0441

Ronald A. Stegman
PO Box 365
Avery, CA 95224-0365

Sheriff of Logan County
Logan County Courthouse
Room 208
Logan, WV 25601

Ritchie County Sheriffs Office
115 E. Main Street
Room 204
Harrisville, WV 26362-1271

Ronald F. Legrand
9799 Old St. Augustine Road
Jacksonville, FL 32257-8974

Sheriff of Roane County
200 Main Street
Spencer, WV 25276-1411

RK-PC-JM Partners, LLC
2506 Teresina Dr
Hacienda Heights, CA 91745-4701

Ronald H. Ritz
344770 Orchid Parkway
Ridgemanor, FL 33523

Sheriff Tom McComas
Cabell County Courthouse
PO Box 2114
Huntington, WV 25721-2114

Robert O. Buck III
1663 Caruthers Place
Memphis, TN 38112-5207

Ronald Stegman
PO Box 365
Avery, CA 95224-0365

Sonnet Systems Corporation
8912 E Pinnacle Peak Rd
#414
Scottsdale, AZ 85255-3659

Robert A Young
1114 Hilton Drive
Reynoldsburg, OH 43068-1335

Ryan Cunningham
1212 Staunton Rd
Charleston, WV 25314-1414

Star Weld
PO Box 746
124 Vandale Avenue
Spencer, WV 25276-1321

Robert Knowles
9953 Los Ronchitos Rd.
Santee, CA 92071-1963

Ryan Cunningham
4111 Virginia Ave
Charleston, WV 25304

Steptoe & Johnson PLLC
400 White Oaks Blvd
Bridgeport, WV 26330-4500

Robert Knowles
869 Phillips St.
Vista, CA 92083-7108

Ryan Johnson
6401 Hunters Green Ct
Indianapolis, IN 46278-2824

Steptoe & Johnson, PLLC
c/o Arthur M. Standish
PO BOX 1588
Charleston, WV 25326-1588

Robert O. Buck
1663 Carruthers
Memphis, TN 38112-5207

SAT Development LLC
PO Box 25207
Miami, FL 33102-5207

Sterling Trust Company,
Custodian FBO Acct#139479
PO Box 2526
Waco, TX 76702-2526

Robert P. Buck
1663 Carruthers
Memphis, TN 38112-5207

Sharon I. and John C. Lott
4718 Wingrove Blvd
Orlando, FL 32819-3344

Steve Rhodes
7584 Regina Ct
Myrtle Beach, SC 29572-8005

Roland B Day
3328 Union St.
San Diego, CA 92103-5343

Sheila Schoonover
129 Ben's Branch
Alum Creek, WV 25003

Success Story Publishing
Company LLC
2710 Laning Road
San Diego, CA 92106-6430

Susan Briedenbach
P.O. Box 11573
Reno, NV 89510-1573

Woodrow Taylor
515 Market Street
Spencer, WV 25276-1815

Susan Rainess
961 Hwy 36
Atlantic Highland, NJ 07716-2050

WV State Tax Department
PO Box 1667
Charleston, WV 25326-1667

Terris S. and Fred L. Kivelowitz
P O Box 82
Port Jefferston Station, NY    11766-0082

WV Tax Department
Internal Auditing Division
PO Box 2745
Charleston, WV 25330-2745

Travis Tollestrup
7825 Highland Village Pl., Ste 506
San Diego, CA 92129-5182

Travis Tollestrup
10531 4S Commons Dr., Ste. 616
San Diego, CA 92127-3517

Waste Management
PO Box 13648
Philadelphia, PA 19101-3648

Wayne County Sheriff
PO Box 218
Wayne, WV 25570-0218

Wealth Investment Group, S.A.
11024 Balboa Blvd.  #755
Grana Hills, CA   91344

West Virginia State Department
of Tax and Revenue
P. 0. Box 766
Charleston, WV 25323-0766

William Squire Young
4577 Goodman Street
Grove City, OH 43123-3677